JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN GERIS,** <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF CALIFORNIA, ET AL.,** <br><br><br> Defendants. | Case No.: CV 16-9485 DMG (ASx) <br><br><br> **JUDGMENT** |

On May 25, 2018, this Court having granted Defendants' motion to dismiss [Doc. # 43] with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff, Defendants are awarded $977.50 in attorney's fees, and this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATED: May 25, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-